# COOPER & COOPER
*ATTORNEYS AT LAW*

*1080 West Shaw Avenue, Suite 105*
*Fresno, California 93711-3701*
*Telephone (559) 442-1650*
*Facsimile (559) 442-1659*

*e-mail: joe@coopllp.com*

*PMB 165*
*798 Lighthouse Avenue*
*Monterey, California 93940-1010*
*Telephone (831) 646-0330*
*Facsimile (831) 655-1426*

September 3, 2009

File No. 99558

Magistrate Judge Joseph C. Spero
U.S. District Court, Northern District of California
Courtroom A, 15th Floor

Re: *Ram v. Infinity Select Insurance Company*
U.S. District Court Case No. 3:09-CV-02732-JCS
Case Management Conference Hearing: September 25, 2009, 1:30 p.m.

Dear Judge Spero:

I represent Defendant Infinity Select Insurance Company in the above-referenced matter. I respectfully request permission to attend the Case Management Conference hearing set for September 25, 2009, at 1:30 p.m. in Courtroom A by telephone. My office is located in Fresno, California and I would greatly appreciate the court's consent to appear by phone at this hearing. On the date of the hearing, the court may contact me directly at 559-442-1650.

Thank you for your consideration.

Very truly yours,

COOPER & COOPER

Joseph D. Cooper

JDC:mfb

Dated: Sept. 8, 2009

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA