```
 1 | JOSEPH D. COOPER #139993
   | STEPHEN T. KNUDSEN #57507
 2 | COOPER & COOPER
   | ATTORNEYS AT LAW
 3 | 1080 West Shaw Avenue, Suite 105
   | Fresno, California 93711-3701
 4 | Telephone (559) 442-1650
   | Facsimile (559) 442-1659
 5 |
 6 | Attorneys for Defendant
   | INFINITY SELECT INSURANCE COMPANY
 7 |
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| JAGAT RAM, an individual, | CASE NO. 3:09-CV-02732-JCS |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| INFINITY SELECT INSURANCE COMPANY, a corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Defendant INFINITY SELECT INSURANCE COMPANY hereby substitutes John D. Edson of the law firm of Luce Forward, 600 West Broadway, Suite 2600, San Diego, California; 92101, telephone 619/699-2415; facsimile 619/645-5321, in the place of Joseph D. Cooper of the law firm of Cooper & Cooper, 1080 West Shaw Avenue, Suite 105, Fresno, California 93711, telephone 559/442-1650; facsimile 559/442-1659.

Dated: Nov. 30, 2009            By: _____
                                    ERIN MAY on behalf of Defendant
                                    INFINITY INSURANCE COMPANY

///
///
///

We consent to the above substitution.

Dated: 11-20, 2009        COOPER & COOPER

By: _____
    JOSEPH D. COOPER

We accept the above substitution.

Dated: 12-1, 2009         LUCE FORWARD

By: _____
    JOHN D. EDSON

IT IS SO ORDERED.

Dated: 12/02/09           _____
                          Judge Joseph C. Spero
                          JUDGE, UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA