1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JAGAT RAM, an individual,<br><br>　　Plaintiff,<br><br>v.<br><br>INFINITY SELECT INSURANCE COMPANY, a corporation; and DOES 1 through 20, inclusive,<br><br>　　Defendants. | Case No. 3:09-CV-02732-JCS<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING JOINT *EX PARTE* APPLICATION TO EXTEND EARLY NEUTRAL-EVALUATION AND POST-EVALUATION STATUS CONFERENCE**<br><br>**[Local Rule 5-5]**<br><br>Hon. Joseph C. Spero<br>Courtroom A, 15th Floor |

101202608.1

1

Case No. Case No. 3:09-CV-02732-JCS
ORDER GRANTING JOINT *EX PARTE* APPLICATION TO EXTEND EARLY
NEUTRAL-EVALUATION AND POST-EVALUATION STATUS CONFERENCE

1  For good cause shown pursuant to Local Rule 5-5, the parties' joint *ex parte* application
2  to continue the early neutral evaluation deadline and post-early neutral evaluation status
3  conference is GRANTED.  The parties are now ordered to appear for a post-early neutral
4  evaluation status conference on January 22, 2010 at 1:30 pm.  The parties are ordered to
5  complete an early neutral evaluation before that date.
6     IT IS SO ORDERED:
7
8  Dated: December 4, 2009
9                                      Judge of the United States District Court

101202608.1

1

Case No. Case No. 3:09-CV-02732-JCS
JOINT EX PARTE APPLICATION TO EXTEND EARLY NEUTRAL-
EVALUATION AND POST-EVALUATION STATUS CONFERENCE