

**LUCE FORWARD**
ATTORNEYS AT LAW • FOUNDED 1873
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

600 West Broadway
Suite 2600
San Diego, CA 92101
619.236.1414
619.232.8311 fax
www.luce.com

JOHN D. EDSON, PARTNER
DIRECT DIAL NUMBER 619.699.2442
DIRECT FAX NUMBER 619.645.5376
EMAIL ADDRESS jedson@luce.com

January 13, 2010

Magistrate Joseph C. Spero
Magistrate
U.S. District Court, Northern District Division
Courtroom A, 15th Floor
San Diego, CA 92101

Re:   **Ram v. Infinity Select Insurance Company**
      **U.S. District Court Case No. 3:09-CV-02732-JCS**

Dear Judge Spero:

Infinity Select Insurance Company writes to request that its counsel be allowed to participate by telephone at the January 22, 2010 hearing. Although Infinity has local counsel in its San Francisco office, its lead trial counsel is based in San Diego, California. Having its counsel travel by plane to appear in person for this meeting would be a financial burden to Infinity. Infinity further believes that its lead lawyer needs to be present at the hearing in case a conflict in the scheduling of this trial arises during the hearing.

If the Court agrees, Infinity's counsel, John Edson, will be available by phone at the scheduled time of the hearing. He can be reached at his direct line number of (619) 699-2442.

Very truly yours,

John D. Edson
of
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

JDE/jh

cc:   Keith Oliver (counsel for Plaintiff)

       Dated: Jan. 14, 2010
101208586.1



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA