|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JAGAT RAM, an individual, | Case No. 3:09-CV-02732-JCS |
| Plaintiff, | [~~PROPOSED~~]<br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND LIFTING THE DISCOVERY LIMITATIONS** |
| v. | |
| INFINITY SELECT INSURANCE COMPANY, a corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | Hon. Joseph C. Spero<br>Courtroom A, 15th Floor |

Case No. 3:09-CV-02732-JCS

1. Based upon the stipulation of the parties and the recommendation of the mediator, the Honorable Judge Larson, the Court lifts the discovery limitations it imposed at the last case management conference. The Court further continues the case management conference until __August 13_____, 2010 at _1:30_ p.m. Counsel for Infinity may further appear at the case management conference by telephone. Counsel for Infinitys shall electronically file a letter by August 6, 2010, with a land line phone number. The Court will initiate the phone contact.

_____
The Honorable Joseph S. [Spero]

IT IS SO ORDERED AS MODIFIED

Dated: May 5, 2010

101237899.1

1     Case No. 3:09-CV-02732-JCS