

# LUCE FORWARD
ATTORNEYS AT LAW • FOUNDED 1873
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

600 West Broadway
Suite 2600
San Diego, CA 92101
619.236.1414
www.luce.com

JOHN D. EDSON, PARTNER
DIRECT DIAL NUMBER 619.699.2442
DIRECT FAX NUMBER 619.645.5376
EMAIL ADDRESS jedson@luce.com

November 2, 2010

Magistrate Joseph C. Spero
Magistrate
U.S. District Court, Northern District Division
Courtroom A, 15th Floor
San Diego, CA 92101

Re:   **Ram v. Infinity Select Insurance Company**
      **U.S. District Court Case No. 3:09-CV-02732-JCS**
      **Hearing date: November 5, 2010 at 1:30 p.m.**

Dear Judge Spero:

Infinity Select Insurance Company writes to request that its counsel be allowed to participate by telephone at the Case Management Conference on November 5, 2010. Although Infinity has local counsel in its San Francisco office, its lead trial counsel is based in San Diego, California. Having its counsel travel by plane to appear in person for this meeting would be a financial burden to Infinity. Infinity further believes that its lead lawyer needs to be present at the hearing in case a conflict in the scheduling of this trial arises during the hearing.

If the Court agrees, Infinity's counsel, John Edson, will be available by phone at the scheduled time of the hearing. He can be reached at his direct line number of (619) 699-2442.

Very truly yours,

*/s/ John Edson*

John D. Edson
of
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

Counsel shall be on phone standby on Nov. 5, 2010, beginning at 1:30 PM and await the Court's phone call.

JDE/jh

Dated: Nov. 3, 2010

cc:   Keith Oliver (counsel for Plaintiff)



IT IS SO ORDERED
Judge Joseph C. Spero

101343750.1

SAN DIEGO   •   SAN FRANCISCO   •   LOS ANGELES   •   CARMEL VALLEY/DEL MAR   •   ORANGE COUNTY   •   RANCHO SANTA FE