# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA  - SAN FRANCISCO DIVISION

| | |
|---|---|
| JAGAT RAM | Case No.  3:09-CV-02732-JCS |
|      Plaintiff, | Hon. Joseph C. Spero |
| v. | Ctrm. A, 15th Floor |
| INFINITY SELECT INSURANCE COMPANY, a corporation; and DOES 1 through 20, Inclusive, | **ORDER FOR [PARTIAL] DISMISSAL** |
|      Defendants. | |

Based upon the stipulation of the parties, plaintiff's third cause of action for the alleged breach of Business & Professions Code Section 17200 of his complaint against Infinity is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____03/25/11_____

By: _____
The Honorable
United States ... Court Judge

Judge Joseph C. Spero