UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGAT RAM,<br><br>        Plaintiff(s),<br><br>  v.<br><br>INFINITY SELECT INSURANCE,<br><br>        Defendant(s). | No. C 09-2732 (JCS)<br><br>**ORDER FOR JOINT STATEMENT OF UNDISPUTED FACTS** |

Defendant Infinity Select Insurance has filed a motion for summary judgment, or, in the alternative, partial summary judgment, which is set for hearing on June 10, 2011. The Court's Standing Order on Motions for Summary Judgment provides as follows:

> The parties shall file a joint statement of undisputed facts. If the parties are unable to reach complete agreement after meeting and conferring, they shall file a joint statement of the undisputed facts about which they do agree. Separate statements of undisputed facts shall not be filed and will not be considered by the Court.

Civil Standing Orders for Magistrate Judge Joseph C. Spero, Revised 11/03/08, ¶ 17. No joint statement of undisputed facts has been filed in support of the pending summary judgment motion. Instead, Defendant has filed its "Courtesy References to the Record," which sets forth "undisputed" material facts and supporting evidence. Defendant's "Courtesy References to the Record" is not in compliance with this Court's Standing Order, and will not be considered by the Court.

IT IS HEREBY ORDERED that the parties shall file a joint statement of undisputed facts in compliance with the Court's Standing Order by Tuesday, May 31, 2011. The parties are cautioned that any party who objects to a proposed fact without a reasonable basis for doing so may

be subject to sanctions. Similarly, the Court may deem any proposed fact to which Plaintiff does not respond to be undisputed.

IT IS SO ORDERED.

Dated: May 26, 2011

JOSEPH C. SPERO
United States Magistrate Judge

2