UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JAGAT RAM, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>INFINITY SELECT INSURANCE COMPANY, a corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 3:09-CV-02732-JCS<br><br>**ORDER OF THE COURT CONTINUING THE MOTION FOR SUMMARY JUDGMENT HEARING DATE AND CASE MANAGEMENT CONFERENCE DATE**<br><br><br>Hon. Joseph C. Spero<br>Courtroom A, 15th Floor |

1

Case No. 3:09-CV-02732-JCS
ORDER OF THE COURT CONTINUING THE
MOTION FOR SUMMARY JUDGMENT
HEARING DATE AND CASE MANAGEMENT
CONFERENCE DATE

## ORDER OF THE COURT

Based upon the stipulation of the parties and the trial conflict with Infinity's counsel, the Court continues the hearing on Infinity's Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment, and the case management conference in this case until 7/8/11 at 9:30 a.m.

Dated: 6/2/11



The Honorable Judge Joseph C. Spero

101535938.1

1

Case No. 3:09-CV-02732-JCS
ORDER OF THE COURT CONTINUING THE
MOTION FOR SUMMARY JUDGMENT
HEARING DATE AND CASE MANAGEMENT
CONFERENCE DATE